IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SERHAT GULBAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-0296-K-BN |
| | § | |
| KRISTI NOEM, in her official capacity | § | |
| As Secretary of the Department of | § | |
| Home Land Security, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Petitioner Serhat Gulbas' motion for temporary restraining order [Dkt. No. 3].

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 8].   Therefore, the Court DENIES Petitioner Serhat Gulbas' motion for temporary restraining order [Dkt. No. 3].

SO ORDERED.

Signed June 15th, 2026.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE